IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

NEAL MORRIS, )
 )
      Plaintiff, )
 )
v. ) CV 305-057
 )
FNU GAY, Nurse, Wheeler Correctional )
Facility, et al., )
 )
      Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motions for summary judgment are **GRANTED**, Plaintiff's claims against Defendants Gay and Stone are **DISMISSED** without prejudice for failure to exhaust administrative remedies, summary judgment on the merits is **GRANTED** to Defendants Sightler and Dinkins, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of all Defendants.

SO ORDERED this 4th day of October, 2007.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE